United States District Court
for the District of New Jersey

_____  :
:
**FRANK REMONDELLI**  :
:  Civil No. 09-575
Plaintiff  :
vs.  :  Order of Reassignment
**SHERIFF'S OFFICER JOHN WARNOCK, ET AL.**
:
Defendant  :
_____  :

It is on this 12th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith Jose L. Linares to Judge Faith S. Hochberg.

                                      S/Garrett E. Brown, Jr.
                              Garrett E. Brown, Jr., Chief Judge
                              United States District Court